No. 03–7653. CARROLL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7654. BURTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7656. SIMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7657. MOLINA-JIMENEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7659. BARROCA v. BENOV, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7660. MELTON v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7661. MITCHELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7662. HOGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7663. FOSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7664. HOLLAND v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–7665. NEVITT v. FITCH, JUDGE, DISTRICT COURT OF NEW MEXICO, CATRON COUNTY. C. A. 10th Cir. Certiorari denied.

No. 03–7666. HUEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7667. NEWBORN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7668. PEREZ v. LEBLANC, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 03–7670. PAGE v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–7674. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.